**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

**CARNELL BROWN,**

                      **Plaintiff,**

      **-against-**

**RP ON-SITE, LLC ET AL**

                      **Defendants.**

------------------------------------------------------------- x

**22-CV-8242 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' letter of November 11, 2022. Dkt. 17. Plaintiff is ordered to respond to Defendants' letter by November 18, 2022.

Further, the Court will hold a telephonic conference in this action on Monday, November 28, 2022 at 9:30AM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **New York, New York**
              **November 15, 2022**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**