UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**CARNELL BROWN,**

                        **Plaintiff,**

     -against-

**RP ON-SITE, LLC ET AL**

                       **Defendants.**

------------------------------------------------------------------- x

**22-CV-8242 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Upon review of the parties' submissions, Defendant Genuine Data Services's (GDS) request for a pre-motion conference is DENIED. The telephonic conference scheduled for November 28, 2022 at 9:30am EST is hereby CANCELLED.

    The request for leave to file the motion to dismiss, however, is GRANTED. The parties are ordered to follow the below briefing schedule:

    GDS's Brief: December 19, 2022

    Plaintiff's Opposition: January 9, 2023

    GDS's Reply (if any): January 16, 2023

**SO ORDERED.**

**Dated:**     **New York, New York**
              **November 22, 2022**

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**